Sileoni 98822
*(full name/prisoner number)*
PO Box 51
Boise ID 83707

*(complete mailing address)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Sileoni, Maximiliano,
*(full name)*
        Plaintiff,

v.

Idaho Parole Board ~~members~~ ~~officers~~ 4 hearing officers

        Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes    ☐ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is Sileoni, Maximiliano. I am a citizen of the ~~State~~ Country of Argentina,

presently residing at IMSI prison.

PRISONER COMPLAINT - p. 1                      *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **4 hearing officer** *(defendant)*, who was acting as **parole officers** *(job title, if a person; function, if an entity)*

   for the **State of Idaho parole Bord hearing officers** *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on **2019** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   this 4 parole Bord hearing officer whos name I dont know, did my hearing do to my 10 year fix Being up they Denied me deportation over D-O-R, I have Been mentaly Diagnose with multiple health problems that cause me to act up and IDoc Mental department did not treat me and of IDoc Administrative help me all this info is in case # 1:20-cv-00508-BLW, all this parole officer the only thing they talk about or wanted to hear from me was about all my sexual Relationship with multiple IDoc Female staff once I told them everything they told me we are not letting you out do to your sexual history in prison this 4 hearing officers they discriminated me do to my Race and Sex crime and want to see me dead that is why they did not grant me Release from prison and or to be heard by a immigration Judge to debate deportation, Im suffering in prison mentaly health wise safety wise all this can be seen in case # 1:20-cv-00508-BLW Because the parole bord officers denied me to be Release from prison Because they hate me they want me to suffer in prison with all my problems

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   **Eighth Amendment**, Substantial Risk of Serious harm, Explain in case# 1:20-cv-00508-BLW, **Fifth Amendment** deportation hearing was not given to me, **Fourteenth Amendment** Equal protection was not given do to their Discriminatory motive do to my Sex Crime and hispanic Race I was denied Release from prison **First Amendment** Discrimination for my sex-crime and Race

4. I allege that I suffered the following injury or damages as a result:

   all this can be see in case # 1:20-cv-00508-BLW, well it State Substantial Risk of Serious harm, I Been Rape by staff punish, discriminated do to my Race sex-crime, Bully harrss by multiple IDoc staff and prisoners I try to kill myself in multiple occation try to cut of my penis, cut my Body multiple times, im under Death threat by multiple gangs do to informing on them and Suing them in court, staff fauls incriminating me and conspiring on me to incriminate me, I have not gotten mental and health care

5. I seek the following relief: **A pro Bono Attorney to help me in this case, Any and all declaratory Relief from court Judge, parole to be granted**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ○ Yes ● No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊘  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I Request for the Court to Appoint me A pro Bono Attorney that know About parole Issue and help me present this case to the court. I dont know any thing About parole and of how to present this case to the court please hear my case help me get A Attorney

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 12-16-20 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 12-16-20 *(date)*; OR *(specify other method)* 12-16-20.

Executed at __IMSI prison__ on __12-16-20__.
    *(Location)*          *(Date)*

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

Court filing Record

Court:      US District Court Idaho

Date:       12/17/2020

Case No.:   New

Inmate Name:    Sileoni, Maximiliano

Inmate No.:     98822

Document Title: Prisoner Complaint

Total Pages 4

Inmate Verification of page count signature:_Filed without inmate review___

Document _1__ of _3_